UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:07-00004 |
| ) | JUDGE CAMPBELL |
| GREGORY JEROME MCMURRY ) | |

## ORDER

Pending before the Court is a letter from the Federal Bureau of Prisons, dated January 15, 2013 (Docket No. 50), requesting the Court's position on the Defendant's request that the Bureau designate a Tennessee state institution for service of his federal sentence, thereby reducing the total amount of time spent in custody. The Government has filed a Response (Docket No. 52) opposing such a reduction.

The issue raised in the Bureau of Prisons' letter was not raised at sentencing, or briefed by the parties prior to the sentencing hearing. Therefore, the Court takes no position on the issue.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE